IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SUDIE E. BOONE                                                                     PLAINTIFF

VS.                                            CIVIL ACTION NO.: 1:14CV089-SA-DAS

ACADIAN WOOD PRODUCTS, INC.                               DEFENDANT

## **AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

UPON motion *ore tenus* of the parties for a dismissal with prejudice of any and all claims asserted by Plaintiff, Sudie E. Boone, against Defendant, Acadian Wood Products, Inc. in the above-referenced matter and the Court, being advised that the parties have reached a settlement and now request that the case now be dismissed with prejudice, finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that any and all claims of the Plaintiff, Sudie E. Boone, brought, or which could have been brought, against the Defendant, Acadian Wood Products, Inc., in the above-referenced matter shall be and are hereby dismissed <u>with prejudice</u> with each party to bear their own costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the terms and conditions of any and all releases and/or settlement agreements signed by the Plaintiff, are incorporated herein by reference as if fully set forth herein and the Court acknowledges that this judgment of dismissal is being entered as a condition of the settlement between the parties and the Court retains jurisdiction over the enforcement, if any, of the settlement agreements with each party bearing their own costs, expenses and attorneys' fees.

**SO ORDERED AND ADJUDGED**, this the 12th day of September, 2014.

                                                                          /s/ Sharion Aycock
                                                                       **UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/ R. Gregg Rogers
**R. GREGG ROGERS, ESQ., MSB #5651**
Attorney for Plaintiff

/s/ Reagan D. Wise
**REAGAN D. WISE, MSB # 100309**
Attorney for Defendant